# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

### JUDGMENT IN A CIVIL CASE

**ANDREA M. LESTER**
    Plaintiff

v.                              **CASE NUMBER: 3:13-cv-531 (FJS/ATB)**

**COMMISSIONER OF SOCIAL SECURITY**
    Defendant

**Decision by Court:** This action came to a hearing before the Court. The issues have been heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

That Magistrate Judge Baxter's May 28, 2014 Report-Recommendation is ACCEPTED in its entirety. It is ORDERED that the Commissioner's decision is REVERSED and this case is REMANDED, pursuant to sentence four of 42 U.S.C. § 405(g), for a proper determination of Plaintiff's residual functional capacity and other further proceedings, consistent with Magistrate Judge Baxter's Report-Recommendation.

**All of the above pursuant to the order of the Honorable Judge Frederick J. Scullin, Jr. dated the 24th day of September, 2014.**

**DATED: September 24, 2014**

                                                      Clerk of Court

                                                      s/ Michelle Coppola
                                                      Deputy Clerk